## VAN RENSELAER *v.* HOLBROOK.

Where the lessee of a building fails to pay the rent when due, he may be expelled in the
summary manner authorized by arts. 2682, 2683 of the Civil Code. The lessor cannot be
required to resort to a direct action to annul the lease.

APPEAL from the City Court of New Orleans, *Collens,* J. *Howard,* for
the plaintiff. *C. S. Hunt,* for the appellant.

The judgment of the court was delivered by

Rost, J.   This is a suit to recover, for non-payment of the rent, the possession of a store rented by the plaintiff to the defendant,   The court below gave judgment in favor of the plaintiff, and the defendant appealed.

VAN RENSSE-<br>LAER<br>v.<br>HOLBROOK.

We are of opinion that the judge of the court below has taken a correct view of the facts of the case, and we concur with him that, in a case like this, it is not necessary to resort to a direct action to annul a lease, if there be one, the law having declared that the immediate consequence of the failure of the tenant to pay the rent when it becomes due, is to vest in the landlord the right of demanding his expulsion; and the law having further given to the City Court special jurisdiction, "in all actions instituted by landlords against tenants, for the possession of real property."   Civil Code, art. 2682.   Act of 10 March, 1838, ss. 4, 5, p. 56.                                                                 *Judgment affirmed.*